Mitch L. Butler #54611-074
Federal Correctional Complex Coleman-medium
P.O Box 1032
Coleman, FL. 33521

Page 1 of 1

United States
vs
Mitch L. Butler

Dockett # CR-2-10-151

This 3rd Day of August 2021

## Motion to Unseal all Documents

I, Mitch L. Butler, acting on my own behalf am requesting this Honorable Court for the following requests.

1. That all my documents regaurding the above captioned case be unsealed and public record.

2. That any and all entrys filed under seal be unsealed and that this court do so without me present and continue to do so as an Indigent Federal prisoner, and that copies of any action in this case be forwarded to me at the above address.

I appreciate any and all action reguarding this motion that this Honorable Court deems neccessary, and that you please accept this motion written in pencil because Im unable to use ink at this time. Im still Indigent as I was at sentencing.

Respectfully

Mitch L. Butler #54611-074
FCC Coleman - medium
P.O Box 1032
Coleman FL. 33521



Clerk of Courts
United States Courthouse
220 West Depot St.
Greenville, TN 37743